1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 AMERICAN AUTOMOBILE
ASSOCIATION, INC., a Connecticut

12 corporation,

13         Plaintiff,

14     vs.

15 GREEN LANTERN INN & SUITES, an
entity of unknown form; DILPREET

16 SAINI and TAVINDER SAINI,
individuals doing business as GREEN

17 LANTERN INN & SUITES; and DOES
1 through 10, Inclusive,

18
        Defendants.
19

20

21

22

23

24

25

26

27

28

CASE NO. 2:12-cv-02068-GEB-CKD

**ORDER GRANTING STIPULATED
PERMANENT INJUNCTION**

Rutan & Tucker LLP
*attorneys at law*

2314/017601-0042
4496108.1 a10/15/12

-1-

1    Pursuant to the Stipulation for Permanent Injunction entered into by and

2   between plaintiff AMERICAN AUTOMOBILE ASSOCIATION, INC. ("Plaintiff"

3   or "AAA"), by and through its counsel, and defendants GREEN LANTERN INN &

4   SUITES, an entity of unknown form, and DILPREET SAINI, an individual doing

5   business as GREEN LANTERN INN & SUITES (collectively "Defendants"; AAA

6   and Defendants are collectively referred to herein as the "Parties").

7    IT IS HEREBY ORDERED:

8    1.    Defendants, and each of them, their officers, directors, partners, agents,

9   servants, employees, attorneys, confederates, and all persons acting for, with, by,

10   through or under them, and any others within their control or supervision, and all

11   others in active concert or participation with the above, will be permanently

12   enjoined from using the designation "AAA" or any other name or mark

13   incorporating Plaintiff's service marks, either alone or in combination with other

14   words or symbols, in the marketing, sales, distribution, promotion, advertising,

15   identification, or in any other manner in connection with any tourist

16   accommodations and other related services at any locality in the United States;

17    2.    Defendants, and each of them, their officers, directors, partners, agents,

18   servants, employees, attorneys, confederates, and all persons acting for, with, by,

19   through or under them, and any others within their control or supervision, and all

20   others in active concert or participation with the above, will be permanently

21   enjoined from using the designation "AAA" or any other name or mark

22   incorporating Plaintiff's service marks in any form or manner that would tend to

23   identify or associate Defendants' businesses or services with Plaintiff in the

24   marketing, sale, distribution, promotion, advertising, identification, or in any other

25   manner in connection with any business;

26    3.    Defendants, and each of them, their officers, directors, partners, agents,

27   servants, employees, attorneys, confederates, and all persons acting for, with, by,

28   through or under them, and any others within their control or supervision, and all

1   others in active concert or participation with the above, will be permanently

2   enjoined from referring to their businesses as "triple A approved" (either orally or in

3   writing) in the marketing, sale, distribution, promotion, advertising, identification,

4   or in any other manner in connection with any business;

5       4.      Defendants, and each of them, their officers, directors, partners, agents,

6   servants, employees, attorneys, confederates, and all persons acting for, with, by,

7   through or under them, and any others within their control or supervision, and all

8   others in active concert or participation with the above, will be permanently

9   enjoined from representing to anyone (either orally or in writing) that their

10  businesses are affiliated with Plaintiff in any way or is an AAA agent or contractor

11  unless their businesses are approved by Plaintiff to be an AAA agent or contractor;

12      5.      Defendants will deliver to Plaintiff's attorney within thirty (30) days

13  after entry of this injunction, to be impounded or destroyed by Plaintiff, all

14  literature, signs, labels, prints, packages, wrappers, containers, advertising materials,

15  stationery, and any other items in their possession or control that contain the

16  infringing designation "AAA" or any other name or mark incorporating Plaintiff's

17  service marks, either alone or in combination with other words and symbols;

18      6.      Defendants will remove from their business premises within thirty (30)

19  days after entry of this injunction, all instances of the "AAA" designation, and to

20  destroy all molds, plates, masters, or means of creating the infringing items;

21      7.      Defendants will instruct, within thirty (30) days after the entry of this

22  injunction, any print directory, Internet directory, or website that they have caused

23  to carry the AAA mark, including, without limitation, any reference to the "AAA"

24  designation or other infringing designation, to cease using such names at the earliest

25  possible date;

26      8.      Defendants will file with the Clerk of this Court and serve Plaintiff,

27  within thirty (30) days after the entry of this injunction, a report in writing, under

28  oath, setting forth in detail the manner and form in which Defendants have complied

1  with 1 through 7 above.

2      9.      Nothing contained herein shall be construed to prevent or prohibit

3  Defendants from applying to Plaintiff at a future date for approval or listing by

4  Plaintiff pursuant to all of Plaintiff's rules, regulations, and requirements as they

5  may exist at the time of any such future application.  If Plaintiff, in its sole

6  discretion, approves any such application for approval or listing, then this Stipulated

7  Injunction shall be of no further force or effect.

8      10.     Plaintiff will file a Notice of Dismissal within (5) days of Plaintiff

9  receiving a satisfactory written report from Defendants pursuant to Paragraph 8

10 herein.

11     11.     The Court shall retain jurisdiction over this matter subsequent to the

12 filing of the Notice of Dismissal for the purpose of enforcing this injunction.

13     IT IS SO ORDERED.

14     **Date:  10/17/2012**

15

16     _____

17     GARLAND E. BURRELL, JR.
       Senior United States District Judge

18

19

20

21

22

23

24

25

26

27

28

Rutan & Tucker LLP
attorneys at law

2314/017601-0042
4496108.1 a10/15/12

-4-

ORDER GRANTING STIPULATED INJUNCTION